IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JOSE MARTINEZ-JIMENEZ,                          *

            Petitioner,                    *

v.                                                               Case No. 7:26-cv-133 (WLS-ALS)

                                             *

WARDEN, IRWIN COUNTY DETENTIN
CENTER, et al.,                                          *

            Respondents.                   *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated July 24, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 24th day of July, 2026.

                                     David W. Bunt, Clerk


                                     s/ Katie Logsdon, Deputy Clerk